UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL VAZQUEZ

    Defendant.

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

    The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. 1345.

### Venue

2. The Defendant is a resident of Miami Dade County, Florida within the jurisdiction of this Court.

### The Debt

3. The debt owed the USA is as follows:

| | |
|---|---:|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $10,559.72 |
| B. Current Capitalized Interest Balance and Accrued Interest | $25,894.70 |
| C. Current court award of Attorney Fees | $1,000.00 |
| **Total Owed - Claim Number 1999b54501** | **$37,454.42** |

1

LAW OFFICES
BECKER & POLIAKOFF, P.A.
121 ALHAMBRA PLAZA, 10TH FLOOR • CORAL GABLES, FL 33134
TELEPHONE (305) 262-4433

The Certificate of Indebtedness, attached as Exhibit "A," shows the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the Certificate of Indebtedness, is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 9.000% per annum or $2.60 per day.

### Failure to Pay

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, prays for judgment:

A. For the sums set forth in paragraph 3 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. §1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

DATED this 30 day of December, 2013.

Respectfully submitted,

By: _____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
*Attorneys for Plaintiff United States of America*

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: Daniel Vazquez
AKA: N/A
Address:

SSN:

Total debt due United States as of June 12, 1997:   $20,924.32

I certify that U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $10,559.72 from June 12, 1997 at the annual rate of 9.00%. Interest accrues on the principal amount of this debt at the rate of $2.60 per day.

The claim arose in connection with a Government insured or guaranteed loan made by a private lender and assigned to the United States.

On November 23, 1981 the debtor executed promissory note(s) to secure loan(s) from Chase Manhattan Bank New Hyde Park, NY under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on July 16, 1986 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $559.72 thereby increasing the principal balance due to $10,559.72.

After application of the last voluntary payment of $0.00 which was received on N/A the debtor now owes the following:

Principal:                          $10,559.72
Interest:                           $10,364.60
Administrative/Collection Costs:    $     0.00
Penalties:                          $     0.00

CERTIFICATION: Pursuant to 28 USC 1746, I certify under penalty of perjury that the foregoing is true and correct.

June 19, 1997
(Date)

Richard Ditewig
Loan Analyst
Litigation Branch

EXHIBIT A