UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 13-CV-24662-COOKE/TURNOFF

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
v.                         )
                           )
DANIEL VAZQUEZ,            )
                           )
        Defendant.         )
                           )
_____)

## NOTICE OF FILING

Plaintiff, United States of America, by and through its undersigned counsel files this Affidavit of Service in the above styled cause.

Dated: February 26, 2014
       Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza – 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Attorneys for Plaintiff United States
of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by regular US Mail to Daniel Vazquez at the address of 567 NE 57 Street, Miami, FL 33137 on this 26 day of February, 2014.

_____
Steven M. Davis

LAW OFFICES
BECKER & POLIAKOFF, P.A. • 121 ALHAMBRA PLAZA, 10TH FLOOR • CORAL GABLES, FL 33134
TELEPHONE (305) 262-4433

## AFFIDAVIT OF SERVICE

State of Florida          County of Miami-Dade          Southern District Court

Case Number: 13-24662-CV-COOKE

Plaintiff:
**UNITED STATES OF AMERICA,**

vs.

Defendant:
**DANIEL VAZQUEZ,**

For:
Steven Davis
BECKER & POLIAKOFF, P.A.
121 Alhambra Plaza
10th Floor
Coral Gables, FL 33134

Received by CAPLAN, CAPLAN AND CAPLAN on the 31st day of December, 2013 at 12:46 pm to be served on **DANIEL VAZQUEZ, 567 NE 57 STREET, MIAMI, FL 33137.**

I, Joan Hurtado, being duly sworn, depose and say that on the 18th day of February, 2014 at 7:42 pm, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the Summons In A Civil Action (21) days, Complaint, Exhibits and Civil Cover Sheet with the date, hour and intials of service endorsed thereon by me, to: **DANIEL VAZQUEZ** at the address of: **567 NE 57 STREET, MIAMI, FL 33137**, and informed said person of the contents therein, in compliance with state statutes.

**Description of Person Served:** Age: 45, Sex: M, Race/Skin Color: WHITE, Height: 6', Weight: 200, Hair: GRAY/BLACK, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE / BROWARD / PALM BEACH
Subscribed and Sworn to before me on the 20th day of
February, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC

BRENDA D. TAYLOR
MY COMMISSION # EE061688
EXPIRES March 31, 2016
FloridaNotaryService.com
(407) 398-0153

Joan Hurtado
1775

CAPLAN, CAPLAN AND CAPLAN
12555 ORANGE DRIVE
SUITE 106
DAVIE, FL 33330
(954) 462-1800
Our Job Serial Number: CPN-2013046031

Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n